| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 1-20-21 |

MICHAEL A. PARRELLA, *et al.*,

        Petitioner,

v.

THE ORANGE RABBIT, INC., *et al.*,

        Respondents.

20-CV-9923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Respondents' cross-motion to confirm arbitration award and for joinder of required parties. Dkt. 21. In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, Petitioner's opposition to Respondents' motions, if any, is due on February 5, 2021. Respondents' reply, if any, is due on February 12.

SO ORDERED.

Dated:    January 20, 2021
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge