USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PARRELLA,

                Petitioner,

v.

THE ORANGE RABBIT, INC., and NICHOLAS GIACOPELLI,

                Respondents.

20-CV-9923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 15, 2021, the Court granted Respondents' motion to join Scott Ferrari, Ryan Healy, and ILKB, LLC as cross-defendants in their pending cross-motion to confirm an arbitration award. Dkt. 30. In its April 15 Order, the Court also gave Healy, Ferrari, and ILKB the opportunity to file their own petition to vacate the arbitration award or to join Parrella's petition. *Id*. ILKB has since submitted a motion to join Parrella's petition. Dkt. 39. That motion is hereby GRANTED.

The Clerk of Court is respectfully directed to add ILKB, LLC as a petitioner on the docket in this action. The Clerk of Court is further directed to correct the spelling of ILKB in its capacity as Cross-Defendant.

SO ORDERED.

Dated:    June 3, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge