USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PARRELLA and ILKB, LLC,

        Petitioners,

v.

THE ORANGE RABBIT, INC. and NICHOLAS GIACOPELLI,

        Respondents.

THE ORANGE RABBIT, INC. and NICHOLAS GIACOPELLI,

        Cross Claimants,

v.

MICHAEL PARRELLA, RYAN HEALY, SCOTT FERRARI, and ILKB, LLC,

        Cross Defendants.

20-CV-9923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Petitioners Parrella and ILKB, LLC filed a notice of appeal in this case on October 29, 2021. Dkt. 45. Several weeks later, Respondents filed a proposed judgment. Dkt. 47. No later than December 1, 2021, Respondents shall submit a letter addressing how the Court has jurisdiction to enter the proposed judgment in light of the fact that a notice of appeal from the Court's final decision has already been filed. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).

SO ORDERED.

Dated:    November 22, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge