UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PARRELLA and ILKB, LLC,<br><br>       Petitioners,<br><br>  v.<br><br>THE ORANGE RABBIT, INC. and<br>NICHOLAS GIACOPELLI,<br><br>       Respondents. | |

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**  12/13/2021

20-CV-9923 (RA)

<u>ORDER</u>

THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

       Cross Claimants,

  v.

MICHAEL PARRELLA, RYAN HEALY,
SCOTT FERRARI, and ILKB, LLC,

       Cross Defendants.

RONNIE ABRAMS, United States District Judge:

  All parties shall appear for a status conference on December 20, 2021 at 4:00 p.m.  The

Court will hold this conference by telephone.  The parties shall use the following dial-in

information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

This conference line is open to the public.  In advance of the conference, counsel for the parties

are directed to meet and confer to confirm the status of settlement in this case.

SO ORDERED.

Dated:  December 13, 2021
    New York, New York

              RONNIE ABRAMS
              United States District Judge