UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL PARRELLA and ILKB, LLC,

                Petitioners,              20 **CIVIL** 9923(RA)

       -against-                    **JUDGMENT**

THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

                Respondents.
-----------------------------------------------------------X
THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

                Cross Claimants,

       -against-

MICHAEL PARRELLA, RYAN HEALY,
SCOTT FERRARI, and ILKB, LLC,

                Cross Defendants.
-----------------------------------------------------------X

      It is, hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2021, and Order dated December 21, 2021, the motion to confirm the arbitration award is granted, and the motion to vacate the award is denied. Nicholas Giacopelli and the Orange Rabbit Inc. are awarded $1,184,594.53 against Michael Parella, Ryan Healy, and ILKB, LLC**.**

**Dated**: New York, New York
       December 21, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                          **Clerk of Court**
                              **BY:**
                                            **Deputy Clerk**