UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL PARRELLA and ILKB, LLC,

        Petitioners,

v.

THE ORANGE RABBIT, INC., and
NICHOLAS GIACOPELLI,                    20-CV-9923(RA)

        Respondents.
-----------------------------------------------------------X
THE ORANGE RABBIT INC., and                ORDER
NICHOLAS GIACOPELLI,

        Cross Claimants,

v.

MICHAEL PARRELLA, RYAN HEALY,
SCOTT FERRARI, and ILKB, LLC,

        Cross Defendants.
-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

For the reasons in this Court's Order, dated September 29, 2021, granting Cross Claimants The Orange Rabbit, Inc., and Nicholas Giacopelli (collectively "Cross Claimants") request to confirm the arbitration award and denying Cross Defendant Scott Ferrari's ("Cross Defendant") motion to vacate the arbitration award, along with the Eastern District Bankruptcy Court's Order, dated July 28, 2022, Case No.: 22-01010-ess, permitting Cross Claimants to apply for the entry of a monetary judgment against Cross Defendant with respect to the debt owed by the Cross Defendant in the amount of One Million One Hundred Eighty-Four Thousand Five Hundred Ninety-Four and 53/100 ($1,184,594.53), the Court will direct the Clerk of the Court to enter a monetary judgment.

Accordingly, the Clerk of the Court is respectfully directed to enter judgment consistent with that September 29th Order, in the amount of $1,184,594.53 against Cross Defendant Scott Ferrari in favor of Cross ~~Claimsnts~~ Claimants The Orange Rabbit Inc and Nicholas Giacopelli.

SO ORDERED.

Dated: August ~~8~~ 9, 2022
      New York, New York

RONNIE ABRAMS
United States District Judge