UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PARRELLA and ILKB, LLC,

                        Petitioners,

v.

THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

                        Respondents.

THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

                        Cross Claimants,

v.

MICHAEL PARRELLA, RYAN HEALY,
SCOTT FERRARI, and ILKB, LLC,

                        Cross Defendants.

20-CV-9923 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       In light of the United States Bankruptcy Court's entry of default judgment against Scott Ferrari on July 28, 2022, *see* Respondents' Ltr. Ex. D, the Clerk of Court is respectfully directed to enter an amended judgment, in favor of Nicholas Giacopelli and The Orange Rabbit Inc. and against Michael Parrella, Ryan Healy, Scott Ferrari and ILKB, LLC, in the amount of $1,184,594.53.

SO ORDERED.

Dated:    September 14, 2022
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge