**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL PARRELLA and ILKB, LLC,

                           Petitioners,                      20 **CIVIL** 9923 (RA)
                                                                        **AMENDED JUDGMENT**

      -v-

THE ORANGE RABBIT, INC., and
NICHOLAS GIACOPELLI,

                           Respondents.
-------------------------------------------------------------X
THE ORANGE RABBIT, INC., and
NICHOLAS GIACOPELLI,

                           Cross Claimants,

      -against-

MICHAEL PARRELLA, RYAN HEALY,
SCOTT FERRARI, and ILKB, LLC,
                           Cross Defendants.
-------------------------------------------------------------X

                It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2022, an amended judgment is entered in favor of Nicholas Giacopelli and The Orange Rabbit Inc. and against Michael Parrella, Ryan Healy, Scott Ferrari and ILKB, LLC, in the amount of $1,184,594.53.

**Dated:**  New York, New York
          September 14, 2022

                                                              **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                       **BY:**        *K. Mango*
                                                                   **Deputy Clerk**